# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Kinetic Systems, Inc. | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 1:20-cv-1125-SM |
| IPS-Integrated Project Services, LLC, and | : |
| Lonza Biologics, Inc. | : |
|     Defendants. | : |

**AFFIDAVIT OF ATTORNEYS' FEES AND COSTS**

I, Peter G. Callaghan, being duly sworn, state as follows:

1. I am over 18 years of age and am competent to testify to the matters addressed in this affidavit.

2. This affidavit is based on my personal knowledge.

3. I am a Director with the law firm of Preti, Flaherty, Beliveau & Pachios, PLLP, which represents the Defendant, IPS-Integrated Project Services, LLC, in the above-captioned matter. I was admitted to the New Hampshire Bar in 1989 and have considerable experience as a trial lawyer. I am a Fellow in the American College of Trial Lawyers.

5. My services were initially provided to IPS at my standard hourly rate ($395 which was increased to $410) but then it was reduced to $325. I was assisted at times by other attorneys in the firm with a deposition, legal research and brief writing, as well as document review and analysis, including Daniel Sonneborn (Director), Nicholas Dube (Associate) and Harper Weissburg (Associate). Senior Paralegal Stacey Peters provided the vast majority of paralegal support with ESI document collection and production, document review, preparation of summaries and presentation of evidence at trial, and was assisted by other paralegals, including Sonja

Belanger, Marie (Labrie) Rienzo, Eric Rosenberg, Maria Maffucci, and Michelle Beasley. Each individual's hourly rates are set forth in the table below.

| Timekeeper | Year(s) | Rate(s) |
|---|---|---|
| Peter Callaghan | 2020-2024 | $325-$410 |
| Daniel Sonneborn | 2023 | $325 |
| Nicholas Dube | 2020-2023 | $240-$260 |
| Harper Weissburg | 2022-2024 | $225-$265 |
| Stacey Peters | 2021-2024 | $175 |
| Sonja Belanger | 2022-2023 | $175 |
| Marie (Labrie) Rienzo | 2021-2023 | $175 |
| Eric Rosenberg | 2022 | $175 |
| Maria Maffucci | 2021 | $175 |
| Michelle Beasley | 2022-2023 | $175 |

6. We retained an expert witness to review and rebut the expert witness retained by the Plaintiff (William Ibbs) who opined on the Kinetics unapproved change order claim. Robert D'Onofrio billed $76,000 for his services which included a deposition. He did not testify at trial because his opinion did not address the back charges.

7. Kinetics and IPS each retained expert witnesses to address the unapproved change order claims and virtually all of the discovery (12 witnesses were deposed, and well over 150,000 pages were produced, including 41,830 by IPS and over 90,000 by Kinetics) involved those claims.

8. IPS has incurred legal fees in the amount of **$822,767**, for 3,426.3 hours of attorney and paralegal time to. IPS incurred costs in the litigation of $85,708.63. These amounts are reflected in the firm's billing records based on time and costs entries made contemporaneously.

FURTHER AFFIANT SAITH NOT.

Dated: December 9, 2024     /s/ *Peter G. Callaghan*
                            Peter G. Callaghan

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

    Before me on this 9th day of December 2024 personally appeared the above-subscribed Peter G. Callaghan and made oath that the statements contained are true and correct to the best of his knowledge, information and belief.

                                         /s/ *Angela S. Snell*
                                         Notary Public/~~Justice of the Peace~~
                                         My Commission Expires: August 18, 2026

3

22490834.2